

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2022

No. 04-22-00266-CR

James **KEARNS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2022W0277
Honorable Velia J. Meza, Judge Presiding

# O R D E R

    Appellant's brief was due by August 22, 2022, but it was not filed. This court notified appellant's counsel of the deficiency on August 26, 2022, and on September 1, 2022, appellant filed a motion requesting a twenty-day extension of time. After consideration, we **grant** the extension and **order** appellant to file his brief **by September 12, 2022**.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court